(49 South. 535.)

No. 17,641.

STATE v. CAMPISI et al.

In re CAMPISI.

(May 13, 1909.)

Vic Campisi and others were convicted of illegally selling intoxicating liquors, and said Campisi applies for writs of certiorari and prohibition. Denied, and application dismissed.

Cal. Dial Hicks and Frank Alexander Blanchard, Jr., for relator. Respondent Judge, pro se. Walter Guion, Atty. Gen., James Martin Foster, Dist. Atty. (Frank J. Looney and Ruffin Golson Pleasant, of counsel), for the State.

MONROE, J. The issues in this case are identical with those in No. 17,626 of our docket. 49 South. 530, ante, p. 802.

For the reasons therein assigned, it is hereby ordered adjudged and decreed that the order herein heretofore granted be withdrawn and set aside; and it is now ordered and decreed that relator's application be rejected and dismissed, at his costs.